# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

KYLE FINNELL,

Petitioner, : Case No. 2:26-cv-00882

- vs - District Judge Douglas R. Cole
Magistrate Judge Michael R. Merz

VERNON FISHER, WARDEN,
Madison Correctional Institution,

:

Respondent.

## REPORT AND RECOMMENDATIONS

This habeas corpus action under 28 U.S.C. § 2254 was brought *pro se* by Petitioner Kyle Finnell to obtain relief from his conviction in the Hamilton County Court of Common Pleas and his consequent imprisonment in Respondent's custody. Upon initial review under Rule 4 of the Rules Governing § 2254 Cases, the undersigned determined that Finnell's Petition did not comply with Rule 2(c) of those Rules and ordered that he file a complying Amended Petition not later than September 1, 2026. As of September 11, 2026, Petitioner has not done so. It is accordingly recommended that the Petition be dismissed for want of prosecution. Because reasonable jurists would not disagree with this conclusion, it is also recommended that Petitioner be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

September 11, 2026. s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. #